# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUCILA ROMERO-CHAVEZ,<br><br>            Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>            Defendant. | Case No. 2:16-cv-01883-KJD-NJK<br><br>ORDER |

Pending before the court is Defendant's notice of settlement. Docket No. 12. In light of this notice, the Court hereby **DENIES** all pending motions, Docket Nos. 8, 10, without prejudice. The Court further **ORDERS** the parties to file a stipulation of dismissal no later than October 19, 2016.

IT IS SO ORDERED.

Dated: September 21, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge