# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUCILA ROMERO-CHAVEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WAL-MART STORES, INC., ) <br> ) <br> Defendant. ) | Case No. 2:16-cv-01883-KJD-NJK <br><br> ORDER |

On September 21, 2016, the Court ordered the parties to file a stipulation of dismissal no later than October 19, 2016. To date, the parties have not filed such a stipulation. The Court hereby **ORDERS** the parties to file a stipulation of dismissal or a status report no later than October 31, 2016.

IT IS SO ORDERED.

Dated: October 24, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge