```
 1  BRENDA H. ENTZMINGER
    Nevada Bar No. 9800
 2  RYAN KERBOW, ESQ.
    Nevada Bar No. 11403
 3  PHILLIPS, SPALLAS & ANGSTADT LLC
    504 South Ninth Street
 4  Las Vegas, Nevada 89101
    bentzminger@psalaw.net
 5  rkerbow@psalaw.net
 6
    (702) 938-1510
 7  (702) 938-1511
    Attorneys for Defendant
 8  Wal-Mart Stores, Inc.
 9
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| LUCILA ROMERO-CHAVEZ, | Case No.: 2:16-cv-01883-KJD-NJK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WAL-MART STORES, INC.; DOES I-V and ROE CORPORATIONS VI-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 28 day of Sept, 2016.

DE CASTROVERDE LAW GROUP

_____
Kimberly Valentin, Esq.
1149 South Maryland Parkway
Las Vegas, NV 89104
*Attorneys for Plaintiff*
*Lucila Romero-Chavez*

DATED this 14th day of October, 2016.

PHILLIPS, SPALLAS & ANGSTADT

_____
Ryan Kerbow, Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 27th day of October, 2016.

_____
**UNITED STATES DISTRICT JUDGE**

- 2 -